# Court of Appeals
# of the State of Georgia

ATLANTA,  May 27, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1699. NAYLOR-LOWE, AS ADMINISTRATOR OF THE ESTATE OF BASIL NAYLOR, DECEASED v. ACADIA HEALTHCARE COMPANY, INC. et al.**

The above-styled appeal was docketed in this Court on April 8, 2026. Appellant filed a timely motion for extension of time, which was granted and this Court ordered that the brief of the Appellant was to be filed in this Court by May 18, 2026. The Appellant failed to file a timely appellate brief or a timely second motion for extension of time. Instead, the Appellant filed an untimely brief on May 19, 2026.

This appeal is hereby DISMISSED. See Court of Appeals Rules 16 (b), 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/27/2026*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*